ARMED SERVICES BOARD OF CONTRACT APPEALS

| Appeal of -- | ) | |
|---|---|---|
| | ) | |
| Technologists Inc. | ) | ASBCA No. 59011 |
| | ) | |
| Under Contract No. W917PM-07-D-0016 | ) | |

APPEARANCE FOR THE APPELLANT: Ms. Badria Azimi
　　　　　　　　　　　　　　　　Operations Director
　　　　　　　　　　　　　　　　and Corporate Officer

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
　　　　　　　　　　　　　　　　　Engineer Chief Trial Attorney
　　　　　　　　　　　　　　　　James D. Stephens, Esq.
　　　　　　　　　　　　　　　　　Assistant District Counsel
　　　　　　　　　　　　　　　　　U.S. Army Engineer District, Middle East
　　　　　　　　　　　　　　　　　Winchester, VA

ORDER OF DISMISSAL

The dispute has been settled.

The appeal is dismissed with prejudice.

Dated: 8 April 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

　　　I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59011, Appeal of Technologists Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals